# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 5, 2021

## NO. 03-19-00789-CR

**Timothy Paul Hill, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM COUNTY COURT AT LAW NO. 9 OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE BYRNE, JUSTICES BAKER AND KELLY
## AFFIRMED -- OPINION BY JUSTICE KELLY

This is an appeal from the judgment granting community supervision entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment granting community supervision. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.